SPACH, CAPALDI & WAGGAMAN, LLP
Madison S. Spach, Jr., SBN 94405
  mspach@spachcapaldi.com
Andrew D. Tsu, SBN 246265
  atsu@spachcapaldi.com
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 852-0710 / Fax: (949) 852-0714

Attorneys for Petitioners and Plaintiffs Memorial Health Services, a California nonprofit public benefit corporation; and Saddleback Memorial Medical Center, a California nonprofit public benefit corporation

[*Additional Parties and Counsel listed on the following page*]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MEMORIAL HEALTH SERVICES, a California nonprofit public benefit corporation; SADDLEBACK MEMORIAL MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>    Petitioners and Plaintiffs,<br><br>v.<br><br>CITY OF SAN CLEMENTE, a municipal corporation; ROBERT BAKER, an individual; KATHERINE WARD, an individual; TIMOTHY BROWN, an individual; LORI DONCHAK, an individual; CHRISTOPHER HAMM, an individual; and DOES 1 through 20, inclusive,<br><br>    Respondents and Defendants. | Case No. 8:16-cv-00852 DOC-JCG<br>Judge David O. Carter<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER** |

MORGAN, LEWIS & BOCKIUS, LLP
Ella Foley Gannon, SBN 197591
　Ella.gannon@morganlewis.com
1 Market Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442- 1171
Facsimile: (415) 442-1001

Attorneys for Petitioners and Plaintiffs Memorial Health Services, a California nonprofit public benefit corporation; and Saddleback Memorial Medical Center, a California nonprofit public benefit corporation


BEST BEST & KRIEGER LLP
Jeffrey V. Dunn, SBN 131926
　Jeffrey.dunn@bbklaw.com
Christopher M. Pisano, SBN 192831
　christopher.pisano@bbklaw.com
Michelle L. Young, SBN 302535
　michelle.young(@bbklaw.com
18101 Von Karman Avenue, Suite 1000
Irvine California 92612
Telephone:  (949) 263-2600
Facsimile:  (949) 260-0972

Attorneys for Defendants City of San Clemente

Pursuant to the Stipulated Protective Order filed by Plaintiffs Memorial Health Services, Saddleback Memorial Medical Center and Defendants City of San Clemente, Robert Baker, Katherine Ward, Timothy Brown, Lori Donchak, Christopher Hamm and good cause shown, the Court hereby enters the parties' Stipulated Protective Order.

**IT IS SO ORDERED.**

Dated: _May 10, 2017

By: _____
JAY C. GANDHI
U.S. MAGISTRATE JUDGE