1  SPACH, CAPALDI & WAGGAMAN, LLP
   Madison S. Spach, Jr., SBN 94405
2  (Email: mspach@scwlawfirm.com)
   Andrew D. Tsu, SBN 246265
3  (Email: adtsu@scwlawfirm.com)
   4675 MacArthur Court, Suite 550
4  Newport Beach, California 92660
   Telephone: (949) 852-0710
5  Facsimile: (949) 852-0714

6  MORGAN, LEWIS & BOCKIUS, LLP
   Ella Foley Gannon, SBN 197591
7  (Email: ella.gannon@morganlewis.com)
   1 Market Spear Street Tower
8  San Francisco, CA 94105
   Telephone: (415) 442- 1171
9  Facsimile: (415) 442-1001

10 Attorneys for Petitioners and Plaintiffs Memorial
   Health Services, a California nonprofit public benefit
11 corporation; and Saddleback Memorial Medical
   Center, a California nonprofit public benefit
12 corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MEMORIAL HEALTH SERVICES, a California nonprofit public benefit corporation; SADDLEBACK MEMORIAL MEDICAL CENTER, a California nonprofit public benefit corporation,<br><br>    Petitioners and Plaintiffs,<br><br>    v.<br><br>CITY OF SAN CLEMENTE, a municipal corporation; ROBERT BAKER, an individual; KATHERINE WARD, an individual; TIMOTHY BROWN, an individual; LORI DONCHAK, an individual; CHRISTOPHER HAMM, an individual; and DOES 1 through 20, inclusive,<br><br>    Respondents and Defendants. | Case No. 8:16-cv-00852 DOC-JCG<br>Judge David O. Carter<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendants have reached a settlement in the above-referenced case. Pursuant to Local Rule 40-2, counsel has notified the Court Clerk via email of the settlement (which is subject to formal City Council and Board approvals as noted in the copy of the email regarding the settlement attached hereto as <u>Exhibit A</u>). Counsel would happy to appear at Monday's scheduled hearing on the pre-trial conference if the Court has any questions for counsel and to discuss, if needed, the final arrangements for the settlement. Once the formal approval of the City Council of San Clemente, and the Board of Directors of Plaintiffs, together with all appropriate signatures, have been obtained, all pending claims will be dismissed with prejudice.

Dated: June 13, 2019

SPACH, CAPALDI & WAGGAMAN, LLP
MORGAN, LEWIS & BOCKIUS, LLP


By: __/s/ Madison S. Spach, Jr.__
         Madison S. Spach, Jr.
Attorneys for Petitioners and Plaintiffs
MEMORIAL HEALTH SERVICES, a California nonprofit public benefit corporation; and SADDLEBACK MEMORIAL MEDICAL CENTER, a California nonprofit public benefit corporation

Dated: June 13, 2019

BEST BEST & KRIEGER LLP


By:____/s/ Jeffrey Dunn_____
         Jeffrey Dunn
Attorneys for Respondents and Defendants
CITY OF SAN CLEMENTE, a municipal corporation; ROBERT BAKER, an individual; KATHERINE WARD, an individual; TIMOTHY BROWN, an individual; LORI DONCHAK, an individual; and CHRISTOPHER HAMM, an individual

# EXHIBIT A



shawn etemadi <setemadi@scwlawfirm.com>

## Memorial Health System, etc., et al. v. City of San Clemente, et al.; case no: 8:16-cv-00852 DOC-JCG

**mspach** <mspach@scwlawfirm.com>  Thu, Jun 13, 2019 at 2:07 PM
To: doc_chambers@cacd.uscourts.gov
Cc: Jeffrey Dunn <jeffrey.dunn@bbklaw.com>, Daniel Richards <daniel.richards@bbklaw.com>, Christopher Pisano <christopher.pisano@bbklaw.com>, shawn etemadi <setemadi@scwlawfirm.com>

Ms. Lewman:

On behalf of Jeffrey Dunn and his colleagues at Best Best & Krieger, and the undersigned and my colleagues at Spach Capaldi & Waggaman, we are happy to advise the Court that we have reached a settlement (subject to the approval of the City Council and formal approval of MemorialCare's board) of our Memorial Health Systems v. San Clemente action; we have exchanged the settlement document and counsel and staff have approved it, and final approval is subject to the approval of the City Council of San Clemente (this item is agendized for the next meeting, on the evening of Tuesday June 18) and the boards of Memorial (we working to confirm obtain telephonically any additional board of director approvals).

On the City's side we had a sub-committee of two City Council members who, along with the City Manager and the City Attorney, were authorized to institute and participate in negotiations, and they have all reviewed the proposed agreement and they, along with Mr. Dunn and his colleagues, will recommend the agreement for approval at Tuesday evening's session.

Both counsel wish to advise the Court that we have worked diligently to reach a settlement since our
last appearance before the Court and are happy to make this report to the Court, and we will be happy to answer
any questions the Court might have at Monday morning's hearing.

The text of this email has been reviewed by Mr. Dunn and is sent, even though by me, with his authorizing, and he will follow with a confirmatory email.

m

Madison Spach, Jr.
Spach, Capaldi & Waggaman, LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Phone: 949.852.0710
Cell: 949.350.0700
email: mspach@scwlawfirm.com

The information in this e-mail is
intended for the use of the individual or
entity to which it is addressed, and may
contain information that is PRIVILEGED
and CONFIDENTIAL. If you are not the
intended recipient, or if you received
this message in error, you are hereby
notified that any use of this e-mail is
strictly prohibited and may be unlawful.
Further, if you have received this
communication in error, please notify

Case 8:16-cv-00852-DOC-JCG Document 101 Filed 06/13/19 Page 5 of 6 Page ID #:3486

the sender by replying to this message
and then deleting the message and any
attachments from your computer
system.

6/13/2019 Smith-Connelly/Weedman/JCG Mail - Memorial Health System, etc. et al. v. San Clemente, et al.; case no: 8:16-cv-00852 DOC-JCG

Case 8:16-cv-00852-DOC-JCG Document 101 Filed 06/13/19 Page 6 of 6 Page ID #:3437



shawn etemadi <setemadi@scwlawfirm.com>

## Memorial Health System, etc., et al. v. City of San Clemente, et al.; case no: 8:16-cv-00852 DOC-JCG

**Jeffrey Dunn** <jeffrey.dunn@bbklaw.com>   Thu, Jun 13, 2019 at 2:16 PM
To: mspach <mspach@scwlawfirm.com>
Cc: "doc_chambers@cacd.uscourts.gov" <doc_chambers@cacd.uscourts.gov>, Daniel Richards <Daniel.Richards@bbklaw.com>, Christopher Pisano <Christopher.Pisano@bbklaw.com>, shawn etemadi <setemadi@scwlawfirm.com>

Ms. Leaman,

I agree with the email below.

Thank you.



Jeffrey Dunn
Partner
jeffrey.dunn@bbklaw.com
T: (949) 263-2616  C: (714) 926-5491
www.BBKlaw.com

On Jun 13, 2019, at 2:06 PM, mspach <mspach@scwlawfirm.com> wrote:

> CAUTION - EXTERNAL SENDER.
>
> [Quoted text hidden]

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.